UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lance J. Johnson, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Gassen Company Inc.,<br><br>Defendant. | Civil No. 19-1831 (JNE/TNL)<br><br><br>ORDER |

On June 26, 2020, the parties filed a joint Stipulation of Dismissal with Prejudice [Dkt. No. 43]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated: June 26, 2020

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge